IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEROME JUNIOR WASHINGTON,  )
                Plaintiff,  )    Civil Action No. 19 – 1462
                              )
          v.  )    District Judge Joy Flowers Conti
                              )    Magistrate Judge Lisa Pupo Lenihan
MS. WRIGHT, *et al.*,  )
                Defendants.  )

## ORDER

**AND NOW**, this 7th day of February, 2020:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 2) is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Proceed IFP (ECF No. 1) is denied pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that this action is dismissed until such time that Plaintiff pays the full $400.00 filing fee.

**AND IT IS FURTHER ORDERED** that the Clerk of Court mark this case closed.

                                        IT IS SO ORDERED.

                                        /s/ JOY FLOWERS CONTI
                                        Joy Flowers Conti
                                        Senior United States District Judge

Cc:    Jerome Junior Washington
        HV-0282
        SCI Greene
        175 Progress Drive
        Waynesburg, PA 15370